IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DIANA CORZINE, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF VETERAN AFFAIRS and ROBERT L. WILKE, SECRETARY OF VETERANS AFFAIRS, <br><br> Defendants. | CV-20-24-H-CCL <br><br><br> Order |

The clerk having filed Plaintiff's lodged amended complaint, replacing and superseding the initial complaint,

IT IS HEREBY ORDERED that Defendant's "Partial Motion to Dismiss" (Doc. 8), which was directed to the now replaced initial complaint is DENIED as moot.

Dated this 11th day of June, 2020.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE