# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA HELENA DIVISION

| | |
|---|---|
| DIANA CORZINE,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF VETERAN AFFAIRS and ROBERT L. WILKIE, SECRETARY OF VETERANS AFFAIRS.**<br><br>Defendants. | Cause No. CV 20-24-H-BMM-JTJ<br><br><br>ORDER |

The parties having stipulated to dismiss the above-captioned matter with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and good cause appearing,

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees. The Clerk of Court is directed to CLOSE this case.

**DATED** this 2nd day of August, 2021.

_____
Brian Morris, Chief District Judge
United States District Court